## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION - COLUMBUS

| | |
|---|---|
| SHABAKA BROUSSARD ) | |
| 107 Dogwood Drive ) | |
| Delaware, OH 43015 ) | |
| ) | |
| Plaintiff, ) | No. 2:10-cv-00209-GLF -TPK |
| ) | |
| vs. ) | |
| ) | NOTICE OF SETTLEMENT |
| COLLECTION TECHNOLOGY, INC. ) | |
| 1200 Corporate Center Drive Suite 325 ) | |
| Monterey Park, CA 91754 ) | |

## NOTICE OF SETTLEMENT

NOW COMES the Plaintiff, SHABAKA BROUSSARD, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next 30 days.

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

          RESPECTFULLY SUBMITTED,

        By:__/s/ Peter Cozmyk_____
          Peter Cozmyk,
          Attorney for Plaintiff

Ohio Registration No. 0078862
Krohn & Moss, Ltd.
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (323) 988-2400 x. 213
fax: (866) 425-3459
e-mail: pcozmyk@consumerlawcenter.com

### **CERTIFICATE OF SERVICE**

  I hereby certify that on June 18, 2010, I served Angela M. Courtwright, Attorney for

Defendant, at 65 East State Street, 4th Floor  Columbus  Ohio  43215, acourtwright@reminger.com and Andrew J. Dorman, also Attorney of Defendant, at 1400 Midland Building 101 Prospect Ave., West  Cleveland  OH  44115, adorman@reminger.com with a copy of this document via ELECTRONIC MAIL.

                                        By:__/s/ Peter Cozmyk_____
                                               Peter Cozmyk,
                                               Attorney for Plaintiff