**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION - COLUMBUS**

| | | |
|---|---|---|
| SHABAKA BROUSSARD<br>107 Dogwood Drive<br>Delaware, OH 43015 | ) | |
| Plaintiff, | ) | No. 2:10-cv-00209-GLF -TPK |
| vs. | ) | **STIPULATION OF DISMISSAL** |
| COLLECTION TECHNOLOGY, INC.<br>1200 Corporate Center Drive Suite 325<br>Monterey Park, CA 91754 | ) | |
| Defendant. | ) | |

**PLEASE TAKE NOTICE** that Plaintiff, SHABAKA BROUSSARD, pursuant to Rule 41(a)(1)(ii), having filed a stipulation of dismissal signed by all parties who have appeared in this action hereby dismisses this action with prejudice. The court will retain jurisdiction over the settlement.

**KROHN & MOSS, LTD.**

August 17, 2010

By:/s/Peter Cozmyk
Peter Cozmyk,
Attorney for Plaintiff
Ohio Registration No. 0078862
3 Summit Park Drive
Suite 140
Independence, Ohio 44131
phone: (216) 901-0609
e-mail:pcozmyk@consumerlawcenter.com

August 17, 2010                                            **REMINGER CO., L.P.A.**

*/s/ Andrew Dorman*
ANDREW J. DORMAN (0063410) – Trial Attorney
REMINGER CO., L.P.A.
1400 Midland Building
101 Prospect Ave., West Cleveland, OH 44115 Phone: (216) 430-2169
Fax: (216) 687-1841
E-mail Adorman@reminger.com

*/s/ Angela M. Courtwright*
ANGELA M. COURTWRIGHT (0077785)
REMINGER CO., L.P.A.
65 East State Street, 4th Floor
Columbus, Ohio 43215
Phone: (614) 232-2633
Fax: (614) 232-2410
E-mail: acourtwright@reminger.com
*Attorneys for Defendant Collection Technology, Inc.*