UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION - COLUMBUS

FILED
TIME_____
AUG 17 2010
JAMES BONINI, Clerk
COLUMBUS, OHIO

| | |
|---|---|
| SHABAKA BROUSSARD<br>107 Dogwood Drive<br>Delaware, OH 43015<br><br>    Plaintiff,<br><br>vs.<br><br>COLLECTION TECHNOLOGY, INC.<br>1200 Corporate Center Drive Suite 325<br>Monterey Park, CA 91754<br><br>    Defendant. | No. 2:10-cv-00209-GLF -TPK<br><br>**PROPOSED] ORDER OF<br>DISMISSAL WITH PREJUDICE** |

Based upon the Stipulation to Dismiss by all appearing parties and pursuant to Fed. R. Civ. P. 41(a)(1), the above reference matter is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated:

_____
United States District Judge

1